IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHANNON MADDUX-WESTBROOK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 4:14-cv-00420-SRB |

## ORDER GRANTING PLAINTIFF'S
## APPLICATION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Doc. #25). Plaintiff has requested an award of attorney's fees in this case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $7,000 for 25.8 hours of attorney time at a rate of $125 per hour.

Defendant informed the Court it has no objection to an award of EAJA fees in this case (Doc. #27). Pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), an EAJA fee award is payable to the litigant-plaintiff and is subject to offset to satisfy any pre-existing debt the litigant owes the United States. Because Plaintiff has assigned any EAJA fee award to his/her attorney, the Court will order Defendant to verify whether Plaintiff owes a debt to the United States that is subject to offset and if not, make the fee payable to Plaintiff's attorney based on the assignment. Accordingly, it is hereby

ORDERED Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Doc. #25) is GRANTED. It is further

1

ORDERED Plaintiff shall be awarded attorney's fees in the amount of $7,000 pursuant to the EAJA. Defendant shall verify whether Plaintiff owes a debt to the United States that is subject to offset and if not, shall make the fee payable to Plaintiff's attorney based on the assignment.

IT IS SO ORDERED.

DATE: <u>September 3, 2015</u>     /s/ Stephen R. Bough
                                   JUDGE STEPHEN R. BOUGH
                                   UNITED STATES DISTRICT COURT